# Court of Appeals
# of the State of Georgia

ATLANTA, January 03, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0175. NADIA PRICE v. KESWICK VILLAGE (M-O) OWNER, LLC.

On December 16, 2024, Nadia Price filed this application for discretionary appeal from a November 12, 2024 magistrate court order in this underlying dispossessory action. We, however, lack jurisdiction.

Pretermitting whether Price's application is timely,[1] "the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (citation and punctuation omitted). This Court may address magistrate court matters only if they already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. Accord *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988); Court of Appeals Rule 11 (b).

---

[1] Under OCGA § 44-7-56 (b) (1), appeals in dispossessory actions must generally be filed within seven days of the date the order was entered.

Accordingly, this application for discretionary appeal is hereby TRANSFERRED to the Superior Court of Rockdale County for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/03/2025__

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*